# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA NUNEZ, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>BUFFALO WILD WINGS, INC., a business entity; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 2:21-cv-07283 – VAP-PLAx<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Pursuant to the Stipulated Protective Order submitted by the parties, the Court orders that the Stipulated Protective Order is approved and hereby entered on the following date:

**IT IS SO ORDERED.**

Dated: January 24, 2022

_/s/ Paul L. Abrams_
HONORABLE PAUL L. ABRAMS
United States Magistrate Judge

20458641.1