JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| Maria Nunez,<br><br>   Plaintiff,<br><br> v.<br><br>Blazin Wings, Inc. et al.,<br><br>   Defendants. | Case No. 2:21-cv-07283-VAP-PLAx<br><br>**ORDER OF DISMISSAL** |

  The Court having been advised by counsel for the parties that the above-entitled action has settled,

  IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

  THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated:  May 31, 2022

                     _____
                     VIRGINIA A. PHILLIPS
                    United States District Judge